# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO MACIAS,<br><br>        Petitioner,<br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. 07CV2433-LAB<br>[Related Case 06cr2038-LAB]<br><br>**ORDER REQUIRING RESPONSE TO MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |

On December 28, 2007, Petitioner filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his 50-month sentence imposed following his guilty plea to one count of felony importation of cocaine. Respondent shall file and serve a responsive memorandum not later than *February 22, 2008*. The Response shall include any and all documents relevant to the determination of the motion. No later than *March 28, 2008* Petitioner may serve and file a Reply to the Response. Thereafter, the parties shall await further order of the court. The Clerk of Court shall serve a copy of the Motion together with a copy of this Order on the United States Attorney or an authorized representative, 880 Front Street, San Diego California 92101.

**IT IS SO ORDERED**.

DATED: 1-14-08

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge